| | |
|---|---|
| **GERAGOS & GERAGOS** | O |
| A PROFESSIONAL CORPORATION | |
| LAWYERS | |
| 644 South Figueroa Street | |
| Los Angeles, California 90017-3411 | |
| Telephone (213) 625-3900 | |
| Facsimile (213) 625-1600 | |

SHELLEY KAUFMAN   SBN 100696
EUGENE P. HARRIS     SBN 214545
Attorneys for Plaintiff EDMOND OVASAPYAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND OVASAPYAN, | Case No. CV08-00194 CAS (JWJx) |
| Plaintiff, | |
| vs. | [Proposed] JUDGMENT |
| CITY OF GLENDALE; et. al., | *Honorable Christina Snyder* |
| Defendants. | |

Following trial by jury and pursuant to Special Verdict filed February 20, 2009 and Special Verdict II filed February 25, 2009, JUDGMENT is hereby entered in favor of Plaintiff Edmond Ovasapyan and against Defendants, Arthur Frank and Ian Grimes, jointly and severally, for general and special damages, in the sum of $1,160,000.00; and for punitive damages in favor of Plaintiff Edmond Ovasapyan and against Defendant Arthur Frank in the sum of $75,000.00; and for punitive damages in favor of Plaintiff Edmond Ovasapyan against Defendant Ian Grimes in the sum of $75,000.00.

/

/

1    Plaintiff Edmond Ovasapyan is awarded attorneys' fees in the sum of $ (to be determined by motion) and costs in the sum of $ (to be determined by application to the Clerk) as against Defendants Arthur Frank and Ian Grimes, jointly and severally.

Judgment is entered in favor of Defendant City of Glendale and against Plaintiff Edmond Ovasapyan.

**JUDGMENT** is hereby entered on this 2nd day of March, 2009.

IT IS SO ORDERED.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE