**GERAGOS & GERAGOS**
A PROFESSIONAL CORPORATION
LAWYERS
644 South Figueroa Street
Los Angeles, California 90017-3411
Telephone (213) 625-3900
Facsimile (213) 625-1600

O

SHELLEY KAUFMAN  SBN 100696
EUGENE P. HARRIS     SBN 214545
Attorneys for Plaintiff EDMOND OVASAPYAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND OVASAPYAN, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF GLENDALE; et. al., <br><br> Defendants. | Case No. CV08-00194 CAS (JWJx) <br><br> [Proposed] <br> AMENDED JUDGMENT <br><br> *Honorable Christina Snyder* |

Following trial by jury and pursuant to Special Verdict filed February 20, 2009 and Special Verdict II filed February 25, 2009, JUDGMENT is hereby entered in favor of Plaintiff Edmond Ovasapyan and against Defendants, Arthur Frank and Ian Grimes, jointly and severally, for general and special damages, in the sum of $1,160,000.00; and for punitive damages in favor of Plaintiff Edmond Ovasapyan and against Defendant Arthur Frank in the sum of $75,000.00; and for punitive damages in favor of Plaintiff Edmond Ovasapyan against Defendant Ian Grimes in the sum of $75,000.00.

/

/

Plaintiff Edmond Ovasapyan is awarded attorneys' fees in the sum of $271,495.57 and costs in the sum of $5,543.85 as against Defendants Arthur Frank and Ian Grimes, jointly and severally.

Judgment is entered in favor of Defendant City of Glendale and against Plaintiff Edmond Ovasapyan.

This **AMENDED JUDGMENT** is hereby entered on this 5th date of May, 2009.

IT IS SO ORDERED.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE