SCOTT H. HOWARD, CITY ATTORNEY
ANN M. MAURER, SR. ASSISTANT CITY ATTORNEY
613 East Broadway, Suite 220
Glendale, California 91206
Telephone: (818) 548-2080
FAX: (818) 547-3402
State Bar No. 179649

Attorneys for Defendants
City of Glendale, Arthur Frank
and Ian Grimes

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND OVASAPYAN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GLENDALE; ARTHUR FRANK; IAN GRIMES; MATTHEW IRVINE; and DOES 1 through 25,<br><br>Defendants. | Case No.: CV 08-00194 CAS (JWJx)<br><br>[The Honorable Christina A. Snyder]<br><br>**AMENDED ORDER RE JUDGMENT FUNDS** |

Based on the Stipulation of the Parties, the Court makes the following Order:

Plaintiff and/or anyone acting on his behalf shall not record any Abstract of Judgment against Ian Grimes and/or Arthur Frank at any time before July 15, 2009.

The City of Glendale has moved $1,587,039.40 into a restricted cash account. The account is earmarked for Settlement of Ovasapyan Judgment. These funds will not be withdrawn or otherwise encumbered at any time before July 15, 2009.

This agreement may be extended upon the written stipulation of the parties.

IT IS SO ORDERED:

Dated: July 2, 2009

_____
The Honorable Christina A. Snyder
United States District Court Judge

1