UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-00194 CAS (JWJx) | Date | July 13, 2009 |
|---|---|---|---|
| Title | EDMOND OVASAPYAN v. CITY OF GLENDALE, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (In Chambers:) MOTION FOR EXTENSION OF TIME TO FILE APPEAL (filed June 25, 2009)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of July 20, 2009, is hereby vacated, and the matter is hereby taken under submission.

## I. INTRODUCTION

The procedural history and facts of this action are known to the parties and summarized in the Court's April 27, 2009 order denying defendants' renewed motion for judgment as a matter of law and motion for new trial.

On June 25, 2009, plaintiff brought the instant motion for extension of time to file appeal. Plaintiff concurrently filed a notice of appeal to the Ninth Circuit. Defendants filed a notice of non-opposition on June 29, 2009. After carefully considering the arguments set forth by plaintiff, the Court finds and concludes as follows.

## II. DISCUSSION

Judgment was entered in the instant action on March 2, 2009 in favor of plaintiff Edmond Ovasapyan and against defendants Arthur Frank and Ian Grimes, jointly and severally, for general and special damages in the amount of $1,160,000.00, for punitive damages against Defendant Arthur Frank in the amount of $75,000.00, and for punitive damages against Defendant Ian Grimes in the amount of $75,000.00. On May 5, 2009, the Court entered an amended judgment which, in addition to the above, awarded attorneys' fees in the sum of $271,495.57 and costs in the sum of $5,543.85 against

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-00194 CAS (JWJx) | Date | July 13, 2009 |
|---|---|---|---|
| Title | EDMOND OVASAPYAN v. CITY OF GLENDALE, ET AL. | | |

Defendants Arthur Frank and Ian Grimes, jointly and severally.

      Defendants filed a notice of appeal on May 27, 2009. Pursuant to Fed. R. App. P. 4(a)(5)(i), the deadline to file plaintiff's cross appeal was 14 days after defendant's notice of appeal, or June 10, 2009.

      Under Fed. R. App. P. 4(a)(5) "the district court may extend the time to file a notice of appeal if: (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause."

      Plaintiff argues that this motion is timely under Fed. R. App. 4(a)(5)(i), because the time to appeal expired on June 10, 2009, and plaintiff filed the instant motion within 30 days, on June 25, 2009.

      Furthermore, plaintiff argues that his failure to file a timely appeal is excusable under Fed. R. App. P. 4(a)(5)(ii). First, plaintiff argues that defendants have consistently stated that they have not definitively determined whether or not they will pursue an appeal, and that they will not so determine until they have reviewed the trial transcripts, which did not become available until June 22, 2009. Plaintiff states that plaintiff's counsel has consistently informed defendants that plaintiff believes he has a viable issue on appeal related to punitive damages, based on the Court's evidentiary ruling to exclude information regarding payment of punitive damages by the City Counsel, but that plaintiff only intended to pursue this issue on appeal if defendants proceed with their appeal. Therefore, plaintiff argues that because defendants have had notice of plaintiff's intentions, if defendants chose to pursue an appeal, they will not be prejudiced by plaintiff's cross-appeal. Mot. at 6.

      Plaintiff further argues that his 15-day delay will not impact the judicial proceedings, as no proceedings are scheduled and defendants' opening brief is not due until November 2009. Mot. at 6. Plaintiff also argues that his neglect to timely file an appeal is excusable, because it resulted from his unintentional miscalculation of the time to file a cross-appeal as 30 days, rather than 14 days, from the date that defendants filed their notice of appeal. Mot. at 6. Plaintiff further argues that his actions have been in good faith.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-00194 CAS (JWJx) | Date | July 13, 2009 |
|---|---|---|---|
| Title | EDMOND OVASAPYAN v. CITY OF GLENDALE, ET AL. | | |

    The Court concludes that plaintiff has demonstrated good cause for extension of time to file an appeal. Furthermore, plaintiff does not oppose the motion. Therefore, the Court GRANTS plaintiff's motion for an extension of time to file an appeal.

    IT IS SO ORDERED

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer |  | CMJ |  |